# Exhibit 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Index Number: 1:14-CV-01869
Date Filed: 4/3/2017
Court/Return Date:

ATTORNEY(S) SARTA & SCARPATI LLP
7317 13TH AVENUE BROOKLYN, NY 11228
PH: (718) 232-3330

Mikhail Usher, Usher Law Group PC

*Plaintiff*

vs

Shore Funding Solutions Inc.

*Defendant*

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**AFFIDAVIT OF SERVICE**

Kevin Miller, being sworn says:
Deponent is not a party herein is over the age of 18 years and resides in the State of New York.
On **April 12, 2017**, at **3:05 PM** at **3 Huntington Quadrangle #407, Melville, NY 11747**, Deponent served the within **Summons in a Civil Action and Complaint**
**Civil Cover Sheet**

The index number and the filing date of the action were endorsed upon the face of the papers so served herein.

On: **Shore Funding Solutions Inc.**, **Defendant** therein named, ( hereinafter referred to as "subject").

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said subject personally; Deponent knew the person so served to be the person described in as said subject therein.

☒ **#2 ENTITY/CORPORATION/LLC/LLP**
By delivering to and leaving with **GINA MONTEFORTE** said individual to be who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☐ **#3 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to () a person of suitable age and discretion. Said premises is subject's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#4 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is subjects [ ] actual place of business / employment [ ] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find subject or person of suitable age and discretion thereat having called thereat on

Address confirmation:

☐ **#5 MAILING**
On , service was completed by mailing a true copy of above document(s) to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

☒ **#6 DESCRIPTION**
Sex: Female    Color of skin: White    Color of hair: Blonde    Age: 30
Height: 5ft 0in-5ft 3in    Weight: 161-200 Lbs.    Other Features:

☐ **#7 WITNESS FEES**
The authorized witness fee and / or traveling expenses were paid (tendered) to the recipient in the amount of $

☐ **#8 MILITARY SERVICE**
Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of the State of New York, and was informed that said person is not.

☐ **#9 OTHER**

Sworn to before me on April 13, 2017

Patricia Rothfritz
NOTARY PUBLIC STATE OF New York
01R06055503, Qualified in Nassau County
Commission Expires February 26, 2019

Client's File No.: USHER

Process Server, Please Sign
Kevin Miller
Lic# N/A
Job #: 1710320

*Inter County Judicial Services, LLC, 85 Willis Avenue Ste. F, Mineola, NY 11501 LICENSE # 1371771*

# INTERCOUNTY JUDICIAL SERVICES

85 WILLIS AVENUE STE. F, MINEOLA, NY 11501  
TAX ID No.: 27-1372122

PHONE 516-248-8270  Fax 516-294-6225

Job # 1710320  
4/17/2017  
Your File No.: USHER

Sarta & Scarpati LLP  
Barry Newman  
7317 13th Avenue  
Brooklyn, NY 11228

Payments Received  
4-26-2017   1886   $65.00

| | |
|---|---|
| Caption: | *Mikhail Usher, Usher Law Group PC* Plaintiff/Petitioner vs *Shore Funding Solutions Inc.* Defendant/Responde |
| Re: | **Shore Funding Solutions Inc.** |
| Docs Served: | Summons in a Civil Action and Complaint, Civil Cover Sheet Date Served: 4/12/2017 |

Date Received: 4/11/2017  
Serve By Date: 4/19/2017  
Docket or ID #: 1:17-CV-01869  
County: district  
Court: United States Eastern District

Place Served: 3 Huntington Quadrangle #407, Melville, NY 11747

| Service Description | Qty | Fee | Amount |
|---|---|---|---|
| Service of Corporation | 1 | $65.00 | $65.00 |
| | | Total Service Fees: | $65.00 |
| | | Total Amount Due = | $0.00 |

Remarks:

---

Sarta & Scarpati LLP  
Barry Newman  
7317 13th Avenue  
Brooklyn, NY 11228

Intercounty Judicial Services  
85 Willis Avenue Ste. F  
Mineola, NY 11501

Job #        1710320  
Client File# USHER  
Invoice Date: April 17, 2017  
Client ID    995304

Total Amount Due = **$0.00**

Amount Enclosed _____