# Exhibit 4

# Sarta & Scarpati LLP

7317 13th Avenue
Brooklyn, NY 11228
718-232-3330

RE:
Mikhail Usher & Usher Law Group, P.C.
Vs.
Shore Funding Solutions, Inc.

# INVOICE

INVOICE # 569
DATE June 19, 2017

FOR Legal Litigation

## Time Entries

| Date | Description | Rate | Hours | Total |
|---|---|---|---|---|
| 03/27/2017 | Consultation with Client | $300.00 | 1.0 | $300.00 |
| 03/31/2017 | Drafting Complaint | $300.00 | 2.0 | $600.00 |
| 04/03/2017 | Filing of Complaint | $300.00 | 0.2 | $60.00 |
| 04/05/2017 | Phone Conversation with Process Server/E-Mail Documents | $300.00 | 0.3 | $90.00 |
| 05/05/2017 | Drafting Clerk Default | $300.00 | 1.0 | $300.00 |
| 05/09/2017 | Filing Clerk Default | $300.00 | 0.2 | $60.00 |
| 06/16/2017 | Drafting Default Motion With Memorandum of Law | $300.00 | 3.1 | $930.00 |

## Expenses

| | | | | |
|---|---|---|---|---|
| 04/03/2017 | Complaint Filing Fee | $400.00 | | $400.00 |
| 04/14/2017 | Process Server Fee | $65.00 | | $65.00 |

Total $2,805.00