# LAW OFFICE OF CLIFFORD OLSHAKER, P.C.

40-47 75TH STREET, 2ND FL
ELMHURST, NEW YORK 11373

PHONE: (718) 429-2505
FASCIMILE: (718) 429-2096
CLIFFORDOLSHAKER@YAHOO.COM

May, 2018

**VIA ECF**

Hon. Robert M. Levey
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

Re:   <u>Usher v. Shore Funding 17-cv-01869</u>

Your Honor:

    I wish to inform the court that I have served Plaintiff's counsel with responses to Plaintiff's First Set of Interrogatories and Request for Production of Documents. I respectfully submit that Plaintiff's motion to compel is moot at this point.

    I was completely unaware that there was a conference call scheduled for Monday afternoon. I have reviewed the docket and do not see an order scheduling such call. I was never informed by Plaintiff's counsel that a conference was scheduled. I did not find out about the conference until I returned to my office on Wednesday to find emails from the Court as well as Plaintiff's counsel that sought my appearance. I was in Queens Supreme Court all day on Monday and Tuesday.

    I apologize to the Court for any inconvenience that I might have caused.

Sincerely,

Clifford Olshaker